IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN SCHAUF, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-CV-0019-MJR |
| | ) |
| HAMPTON INN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On December 19, 2008, Defendant filed a motion for summary judgment (Doc. 14). Realizing that the motion was untimely, Defendant also filed a motion for leave to file its summary judgment motion instanter (Doc. 15). The Court granted that motion on December 23, 2008 (Doc. 17) and directed Schauf to respond no later than January 26, 2009 (Doc. 18). The Court also sent Schauf a notice regarding the consequences of failing to respond with affidavits to a motion for summary judgment (Doc. 19).

On January 8, 2009, Schauf submitted a notice of his change of address (Doc. 20). On January 9, 2009, the Court received Schauf's "Motion to Deny . . . Defendant Hampton Inn's Leave to File Untimely Dispositive Motion Instanter" (Doc. 21). The Court **DENIES** this motion, having already found that an extension of time is warranted (see Doc. 17). The Court notes that Schauf is in no way prejudiced by this filing, as he has been given ample time to submit a response.

To ensure that Schauf is aware of upcoming deadlines in this case, the Court **DIRECTS** the Clerk of the Court to mail a copy of the docket sheet and the Order at Document 19 to Schauf, along with this Order. The Final Pre-Trial Conference remains set for March 13, 2009,

and the bench trial remains set for March 30, 2009 (Doc. 7).

**IT IS SO ORDERED.**

**DATED this 15th day of January 2009.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**